**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VERENGO, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 16-12098 (BLS)<br><br>**Hearing Date**: November 15, 2016 at 11:00 a.m. ET<br>**Obj. Deadline**: October 14, 2016 at 4:00 p.m. ET |

**NOTICE OF FIRST OMNIBUS MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS, AND (II) AUTHORIZING RELATED *NUNC PRO TUNC* RELIEF**

**\*\*\*PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES IN THE EXHIBIT TO THE MOTION\*\*\***

**PLEASE TAKE NOTICE** that the above-captioned debtor (the "**Debtor**") has today filed and served the **First Omnibus Motion for the Debtor for Entry of an Order (I) Authorizing the Debtor to Reject Certain Unexpired Leases and Executory Contracts, and (II) Authorizing Related *Nunc Pro Tunc* Relief** (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, which seeks to alter your rights by entry of an order: (a) authorizing the Debtor to reject certain unexpired leases and executory contracts as identified on Exhibit A to the proposed order, (b) authorizing the related *nunc pro tunc* relief as indicated on Exhibit A to the proposed order, and (c) providing any additional relief required in order to effectuate the foregoing.

**PLEASE TAKE FURTHER NOTICE** that you are required to file a response or objection, if any, to the Motion on or before **October 14, 2016 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 15, 2016 at 11:00 a.m. (ET)** before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1] The Debtor and the last four digits of their identification number are as follows: Verengo, Inc. [6114]. The address of the Debtor's corporate headquarters is 1899 Western Way, Suite 340, Torrance, CA 90501.

{BAY:02954153v2}

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 30, 2016
       Wilmington, DE                BAYARD, P.A.

                                     */s/ Evan T. Miller*
                                     Scott D. Cousins (No. 3079)
                                     Evan T. Miller (No. 5364)
                                     Gregory J. Flasser (No. 6154)
                                     222 Delaware Avenue, Suite 900
                                     Wilmington, DE 19801
                                     Phone: (302) 655-5000
                                     Facsimile: (302) 658-6395
                                     Email: scousins@bayardlaw.com
                                            emiller@bayardlaw.com
                                            gflasser@bayardlaw.com

                                     *Proposed Attorneys for Debtor*
                                     *and Debtor-in-Possession*

{BAY:02954153v2}