# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| VERENGO, INC.,[1] | Case No.: 16-12098 (BLS) |
| Debtor. | **Related D.I.: 85** |

## NOTICE OF CANCELATION OF AUCTION

**PLEASE TAKE NOTICE** that on October 17, 2016, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order (the "**Bidding Procedures Order**") [D.I. 85] establishing certain procedures (the "**Bidding Procedures**")[2] that govern the sale and auction of substantially all of the Debtor's assets.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the deadline to submit bids was November 28, 2016 at 9:00 a.m. (prevailing Eastern Time) (the "**Bid Deadline**"). An auction (the "**Auction**") was scheduled to commence on December 1, 2016 at 10:00 a.m. (prevailing Eastern Time) if the Debtor received one or more Qualified Bids in addition to the Stalking Horse Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Debtor did not receive any Qualified Bids other than the Stalking Horse Agreement by the Bid Deadline and accordingly, the Auction will not be held and is hereby cancelled. Pursuant to the Bidding Procedures, the Stalking Horse Purchaser is hereby named the Successful Bidder for the Purchased Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will request Court approval of the sale at the hearing on December 13, 2016 at 10:00 a.m. (prevailing Eastern Time), at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 N. Market Street, Wilmington, Delaware 19801.

*[remainder of page intentionally left blank]*

---

[1] The Debtor and the last four digits of its identification number are as follows: Verengo, Inc. [6114]. The address of the Debtor's corporate headquarters is 1899 Western Way, Suite 340, Torrance, CA 90501.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order or the Bidding Procedures, as applicable.

{BAY:02985910v1}

Dated: November 29, 2016
       Wilmington, DE

BAYARD, P.A.

*/s/ Evan T. Miller*
Scott D. Cousins (No. 3079)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: scousins@bayardlaw.com
       emiller@bayardlaw.com

*Counsel to the Debtor and Debtor-in-Possession*