**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VERENGO, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 16-12098 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 13, 2016 AT 10:00 A.M. (EASTERN TIME)[2]**

**I.    CONTINUED MATTER:**

1.  Debtors Motion For Orders (I) (A) Approving Procedures In Connection With The Sale Of All Or Substantially All Of The Debtors Assets; (B) Scheduling The Related Auction And Hearing To Consider Approval Of Sale; (C) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases; (D) Approving The Form And Manner Of Notice Thereof; (E) Approving Breakup Fee And Expense Reimbursement; And (F) Granting Related Relief; And (II) (A) Authorizing The Sale Of All Or Substantially All Of The Debtors Assets; (B) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (C) Granting Related Relief [Filing Date: 9/23/16; D.I. 13]

    Related Documents:

    A.  Declaration Regarding Ownership and Management of Crius Solar Fulfillment, LLC [Filing Date: 10/13/16; D.I. 72]

    B.  Order (A) Approving Procedures In Connection With The Sale Of All Or Substantially All Of The Debtors Assets; (B) Scheduling The Related Auction And Hearing To Consider Approval Of Sale; (C) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases; (D) Approving The Form And Manner Of Notice Thereof; (E) Approving Breakup Fee And Expense Reimbursement; And (F) Granting Related Relief; And (II) (A) Authorizing The Sale Of All Or Substantially All Of The Debtors Assets; (B) Approving The Assumption And Assignment Of Certain

---

[1] The Debtor and the last four digits of its identification number are as follows: Verengo, Inc. [6114]. The address of the Debtor's corporate headquarters is 1899 Western Way, Suite 340, Torrance, CA 90501.

[2] Please note that the hearing is before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. one business days prior to the hearing.

{BAY:02990359v2}

      Executory Contracts And Unexpired Leases Related Thereto; And (C) Granting Related Relief [Filing Date: 10/17/16; D.I. 85]

<u>Response Deadline</u>:  December 1, 2016 at 4:00 p.m.

<u>Responses Received</u>: None to date.

<u>Status</u>: The Sale Hearing has been adjourned to January 24, 2016 at 1:00 p.m.  This hearing is going forward only as a status conference.

Dated: December 9, 2016      BAYARD, P.A.
      Wilmington, DE

                                      */s/ Evan T. Miller*
                                      Scott D. Cousins (No. 3079)
                                      Evan T. Miller (No. 5364)
                                      222 Delaware Avenue, Suite 900
                                      Wilmington, DE 19801
                                      Telephone: (302) 655-5000
                                      Facsimile: (302) 658-6395
                                      E-mail:scousins@bayardlaw.com
                                                  emiller@bayardlaw.com

                                      *Counsel to the Debtor and Debtor-in-Possession*